| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) FAY, PETER T | 2. Court or Organization U.S. Court of Appeals, 11 Cir. | 3. Date of Report 03/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)  Nomination, Date  Initial ☐ Annual ✓ Final ☐  5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address Federal Justice Building 99 N.E. 4 Street, Suite 1255 Miami, Florida 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Emeritis Member of Board of Trustees | University of Miami, Miami, Florida |
| 2. Emeritis Member of Board of Trustees | University of Florida School of Law, Gainesville, Florida |
| 3. St. Thomas School of Law Board of Advisors | St. Thomas School of Law, Miami, Florida |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 03/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Florida Moot Court Competition | February 23, 2007 | Gainesville, Florida | judging moot court finals | Lodging |
| 2. | 11th Circuit Judicial Conference | May 2-5, 2007 | Atlanta, Georgia | Judicial Conference | Transportation, Lodging and Food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 03/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 03/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common stock - Central Ill. Pub. Service Corp. | A | Dividend | J | T | | | | | |
| 2. Savings account - Bank of America | A | Interest | | | Closed | 5/23 | J | | |
| 3. Land near Milton, Florida | | None | K | W | | | | | |
| 4. Mineral lease on land near Milton, Florida | A | Royalty | J | W | | | | | |
| 5. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 6. New York City Mun. Water&Sewer Sys. | A | Interest | K | T | Buy | 12/31 | K | | |
| 7. Nuveen Mun. Fund | B | Dividend | K | T | | | | | |
| 8. | | | | | | | | | Left Blank Intentionally |
| 9. Fidelity High Yield Tax Free | A | Dividend | J | T | | | | | |
| 10. Monster Worldwide Inc. | | None | J | T | | | | | |
| 11. Spartan Florida Mun. Fund | A | Dividend | J | T | | | | | |
| 12. Nuveen Mun. Market Opportunity Fund | A | Dividend | J | T | | | | | |
| 13. Harbor Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 14. Vanguard Group, 500 Portfolio | A | Dividend | K | T | | | | | |
| 15. Vanguard Group, European Portfolio | A | Dividend | K | T | | | | | |
| 16. Wachovia Bank Deposit | C | Dividend | L | T | | | | | |
| 17. Time Warner | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 03/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. American International Group Inc. | A | Dividend | J | T | | | | | |
| 19. Amgen Inc. | | None | J | T | | | | | |
| 20. Broadcom Corp. Class A | | None | J | T | | | | | |
| 21. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 22. Melbourne, Fla. Water & Sewer Rev. | A | Interest | K | T | Buy | 1/23 | K | | |
| 23. MCI Worldcom Inc. This co. has simply disappeared | | None | | | | | | | |
| 24. Microsoft Corp. Washington | A | Dividend | J | T | | | | | |
| 25. Brevard County Fla. G/O LTD B/E | B | Interest | K | T | | | | | |
| 26. Cape Coral, Fla. WST WTR & IRR | A | Interest | K | T | | | | | |
| 27. Walmart Stores Inc. | A | Dividend | K | T | | | | | |
| 28. Bank of America Time Deposit (CD) | B | Interest | K | T | Buy | 5/23 | K | | |
| 29. | | | | | | | | | Left blank intentionally |
| 30. Reedy Creek Fla. Impt. Dist. Fla. Utilities Rev. | B | Interest | K | T | | | | | |
| 31. Jacksonville Fla. Excise Taxes Rev. | B | Interest | K | T | | | | | |
| 32. Port Palm Beach Dist. Fla. Rev. | B | Interest | K | T | | | | | |
| 33. Dade County Fla. Water & Sewer System | B | Interest | | | Redemption | 10/29 | K | A | |
| 34. Jacksonville, Fla. Health Aut. Hospital Rev. | B | Interest | L | T | Buy | 5/23 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 03/06/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | Left Blank Intentionally |
| 36. Wachovia Bank Dep.Sweep Opt.(for.Bedford Mon.Market Fund) | A | Interest | | | Sold | 5/23 | L | A | |
| 37. Condo unit, Melbourne Beach, Fla. | | None | M | W | | | | | |
| 38. Ft. Myers Fla. Gas Tax Revenue | B | Interest | K | T | | | | | |
| 39. Orlando Fla., Waste Water | B | Interest | K | T | | | | | |
| 40. Lauderhill, Fla. Water & Sewer | B | Interest | K | T | | | | | |
| 41. Tampa Sports Authority | B | Interest | K | T | | | | | |
| 42. Brevard County Fuel Tax Revenue Bond | B | Interest | K | T | | | | | |
| 43. Plaza San Remo Partners, LLLP | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 03/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The Boards of Trustees referred to in Part I are governing boards of universities and not trusts or estates holding assets.

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 03/06/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544